CHARLOTTE E. SULLIVAN, RESPONDENT, *v.* JOHN C. SULLIVAN, APPELLANT.

*Wages — services rendered by member of family — Evidence.*

Where members of the same family live together, an express, distinct and well understood bargain to pay for board on the one side, or wages on the other, should be clearly proved before such a claim should be allowed. (*Robinson* v. *Cushman,* 2 Denio, 152; *Dye* v. *Kerr,* 15 Barb., 444; *Wilcox* v. *Wilcox,* 48 id., 329; *Shirly* v. *Vail,* 38 How., 406; *Williams* v. *Hutchinson,* 3 Comst., 312.)

APPEAL from a judgment, entered on the report of a referee, in favor of plaintiff.

*Ruger & Jenney*, for appellant. *Johnson & Hoyt*, for respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed, new trial granted, costs to abide event.